**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW, </br></br>　　　　　Plaintiff, </br></br>　vs. </br></br>J. S. WOODFORD, et al., </br></br>　　　　　Defendant(s). | No. C 08-04512 JF (PR) </br> No. C 08-04560 JF (PR) </br></br> ORDER OF DISMISSAL; </br> DENYING APPLICATIONS TO </br> PROCEED *IN FORMA PAUPERIS* |

Plaintiff, a California state prisoner and frequent litigant in this Court, filed two documents, on September 26 and September 30, respectively, which the Clerk of the Court construed as civil rights complaints under 42 U.S.C. § 1983 and filed in two new cases with the above-captioned case numbers. Although the documents were form civil rights complaints, Plaintiff indicated thereon that they were in fact responses to orders to show cause that the Court had issued in Plaintiff's prior cases.[1] The Court has addressed these responses in a separate order filed in those cases.

As the above-captioned cases were inadvertently opened based on filings that

---

[1] Case Nos. 08-3156, 08-315, 08-3621, 08-3622, 08-3724, 08-3772, and 08-3855.

Order of Dismissal
G:\PRO-SE\SJ.JF\CR.08\Bloodsaw4512&4560_dismissal.wpd

1  are not a complaint or other pleadings intended to be filed in new matters, the above-
2  captioned cases are hereby DISMISSED. Plaintiff is not required to pay a filing fee
3  in either of the above-captioned cases, and his applications to proceed in forma
4  pauperis filed therein are DENIED as moot.

5      The Clerk shall close the files and terminate all pending motions.
6      IT IS SO ORDERED.

8  DATED:  10/22/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JF\CR.08\Bloodsaw4512&4560_dismissal.wpd    2